STATE OF NORTH CAROLINA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

3:05 CV 108-C

**RICHARD A. RINALDI**
    Plaintif
vs.

**MOTION ORDER TO EXTEND TIME
(BY AGREEMENT -GS 7A-38.1)**

**CCX, INC., BARRY SILVERSTEIN & DENNIS MC GILLICUD**
    Defendant

## MOTION

With the consent of all the parties, the undersigned attorney/neutral hereby requests an extension of the deadline for completion of ADR until Tuesday, May 30, 2006 above captioned matter, based upon the following reason(s):

Defense counsel has requested additional time to prepare for mediation.

Trial Date:
Number of Extensions Previously Granted: 0

_[signature]_

James M. Shannonhouse, Esquire
INTERCEDE Mediation/ADR Services
212 S. Tryon St., Ste. 1560
Charlotte, NC 28281

## ORDER

NOW, THEREFORE, IT IS ORDERED, based upon the foregoing reasons, that the deadline for completion of the ADR be extended to **May 28, 2006**.

This the **21st** day of **February**, 2006

_Carl Horn, III_

Copy forwarded via facsimile to all attorneys of record and mediator by INTERCEDE Mediation/ADR Services:

Mediator:    David B. Hamilton Esq.

Attorneys:

Kenneth T. Lautenschlager Esq.
JOHNSTON ALLISON & HORD
Ph: (704)332-1181 Fax: (704)376-1628
Email: klautenschlager@jahlaw.com

Scott W. Gaylord Esq.
ROBINSON BRADSHAW
Ph: (704)377-2536 Fax: (704)378-4000
Email: sgaylord@rbh.com

John R. Wester Esq.
ROBINSON, BRADSHAW
Ph: (704)377-2536 Fax: (704)378-4000
Email: jwester@rbh.com

Julian H. Wright Jr., Esq.
ROBINSON BRADSHAW
Ph: (704)377-2536 Fax: (704)378-4000
Email: jwright@rbh.com