IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:05cv108

RICHARD A. RINALDI

**ORDER**

vs.

CCX, INC.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following evidentiary hearing and appeal period; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.

This 28th day of October, 2008

Robert J. Conrad, Jr.
Chief U.S. District Judge

Robert J. Conrad, Jr.
Chief United States District Judge

Signed: October 28, 2008