# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richard A. Rinaldi,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:05-cv-108

CCX, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Bench Trial held October 27-28, 2008 and the Court's Orders dated February 18, 2009 and May 12, 2009.

.                                            Signed: May 14, 2009

*[Signature]*

Frank G. Johns, Clerk
United States District Court